**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

**MEMORANDUM ENDORSED**

July 27, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Re:* *S.D., et al., v. N.Y.C. Dep't of Educ.,* 26-2794 (GHW)(SN)

Dear Judge Woods:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to respectfully request a 90-day extension of Defendant's time to respond to the Complaint, from July 29 to October 27, 2026. This is Defendant's first request for an extension of this deadline. Upon receipt of relevant attorney billing records, the requested extension will give Defendant's counsel time to complete the City's internal review process by reviewing the billing records together with the underlying administrative record, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. This office has settled all fees-only cases commenced by Plaintiffs' counsel without the need to burden the court with conferences or motion practice. The parties are hopeful this matter will follow the same course. Defendant also respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for August 17, 2026 (with attendant submissions) until November 3, 2026 or a later date convenient to the Court. Plaintiffs consent to these requests.

Accordingly, Defendant respectfully requests (a) that Defendant's time to respond to the complaint be extended to October 27, 2026, with a joint status letter due that same date, and (b) an adjournment of the IPTC to November 3, 2026 or a later date convenient to the Court.

Thank you for considering these requests.

Respectfully submitted,
*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: William Meyer, Esq. (via ECF)

Application granted. Defendant's application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 9, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to October 27, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated: July 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge